# SAPIR|SCHRAGIN LLP

> Application denied.
>
> The parties will engage in mediation and discovery simultaneously.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 17.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 23, 2022

**VIA ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

**Re:**     **Joseph Vivanco v. Fifth Avenue Appliance Service, Inc.**
         **Case No. 7:22-cv-01376 PMH**
         **Our File No. 9148-0001**

Dear Judge Halpern:

       We represent Defendants Fifth Avenue Appliance Service, Inc. and Christina Mucci. We write to request an adjournment of the Preliminary Conference scheduled for Wednesday, June 29, 2022. The parties are scheduled for mediation on Friday, July 1 and thought it prudent to focus on the mediation and adjourn the conference until after the conclusion of the mediation. Plaintiff's counsel consents to this request. Additionally, because of a previously scheduled trip out of the country, Plaintiff's counsel, with our consent, requests that the adjourned conference be scheduled on or after July 25.

       Thank you for your consideration of this request.

                                                   Respectfully submitted,

                                                   Howard Schragin

HS/aa

cc:     M. Taubenfeld, Esq. (*via ECF*)