UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VIVANCO, individually, and on behalf of others similarly situated,

                    Plaintiff,

-against-

FIFTH AVENUE APPLIANCE SERVICE, INC., et al.,

                    Defendants.

**ORDER**

22-CV-01376 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in this case. (*See* Doc. 21). The parties are, therefore, directed to submit to the Court for review all paperwork necessary to effectuate a settlement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and its progeny by September 12, 2022.

**SO ORDERED:**

Dated: White Plains, New York
         August 12, 2022

_____
PHILIP M. HALPERN
United States District Judge