> Application granted.
>
> The parties shall file the paperwork required by *Cheeks* and its progeny on or before September 23, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 23.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        September 13, 2022

L L P

e 1700
10007
1.0700
5.2001
ld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

**VIA EMAIL**
Honorable Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        Re: Vivanco v. Fifth Avenue *et al.*
        Case No.: 7:22-cv-01376-PMH

Dear Judge Halpern:

    This firm represents Plaintiff in the above-referenced matter.  We write to ask until September 23, 2022 to submit the settlement agreement to the Court for approval.  The parties are still negotiating the draft settlement agreement prepared by Defendants and need additional time to finalize it and submit it to the Court.  We therefore respectfully request that the Court adjourn the deadline to submit the settlement agreement to September 23, 2022.

    Thank you for your attention to this matter.

                Respectfully submitted,
                /s/
                Michael Taubenfeld, Esq.